IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01996-RPM-KMT

BRYAN MURPHY and
THERESA MURPHY,

    Plaintiffs,

v.

APOLLO CREDIT AGENCY, INC., dba Western Recovery, Inc., dba Ultrachek, Inc.,
IRVAN D. CHRISTY,
ELLIS ERNESTINE CHRISTY and
CARL L. CHRISTY,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the notice of dismissal [12] filed September 7, 2011, it is

ORDERED that this action is dismissed as to Defendant Carl L. Christy.

DATED: September 8th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge