IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01996-RPM-KMT

BRYAN MURPHY and
THERESA MURPHY,

      Plaintiffs,

v.

APOLLO CREDIT AGENCY, INC., dba Western Recovery, Inc., dba Ultrachek, Inc.,
IRVAN D. CHRISTY,
ELLIS ERNESTINE CHRISTY and
CARL L. CHRISTY,

      Defendants.
_____

ORDER DENYING MOTION TO DISMISS SECOND CLAIM FOR RELIEF
_____

      On September 26, 2011, Defendant Apollo Credit Agency, Inc., filed a motion to dismiss the second claim for relief in the first amended complaint, filed September 12, 2011. Although this civil action has been referred to United States Magistrate Judge Kathleen M. Tafoya by an order of reference entered August 3, 2011, the motion has been reviewed by the undersigned and because the statement alleged may reasonably be interpreted as being that the account had been referred to an attorney for collection, it is

      ORDERED that the motion to dismiss is denied.

      DATED: September 28th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge