# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01996-RPM-KMT | FTR - Courtroom C-201 |
| **Date:** November 2, 2011 | Deputy Clerk, Nick Richards |
| BRYAN MURPHY, and<br>THERESA MURPHY, | Craig J. Ehrlich (by phone) |
| Plaintiffs, | |
| v. | |
| APOLLO CREDIT AGENCY, INC., dba<br>WESTERN RECOVERY INC. dba<br>ULTRACHEK, INC., and<br>CARL L. CHRISTY, | Stefania C. Scott |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**
**Court in Session: 10:06 a.m.**
Court calls the case. Appearances of counsel.

Discussion regarding Defendant Apollo Credit Agency, Inc.'s Motion to Dismiss Complaint [Doc. No. 9, filed August 23, 2011]. Due to representations made on the record, Defendant Apollo Credit Agency, Inc.'s Motion to Dismiss Complaint [9] is **DENIED** as moot.

[**XX**]   Scheduling Order entered.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: December 16, 2011
Discovery Cut-off: March 2, 2012
Dispositive Motions Deadline: April 6, 2012
Each side shall be limited to 2 expert witnesses.
Disclosure of Affirmative Experts: January 6, 2012

Disclosure of Rebuttal Experts: February 6, 2012
Written Discovery shall be served no later than February 6, 2012.
Each side shall be limited to 25 interrogatories, 25 requests for admission, and 25 requests for documents.
Each side shall be limited to 10 depositions, including experts.  No deposition shall exceed 7 hours in length without prior agreement or a court order.

**NO SETTLEMENT CONFERENCE** is set for this matter at this time.

**NO FINAL PRETRIAL CONFERENCE** is set for this matter at this time.

TRIAL:

Trial Preparation Conference and trial dates will be set by Senior District Judge Richard P. Matsch.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 10:14 a.m.**
Total In-Court Time:   00:08        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.