IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01996-MJW-KMT

BRYAN MURPHY, and
THERESA MURPHY,

Plaintiff(s),

v.

APOLLO CREDIT AGENCY, INC.,
d/b/a   WESTERN RECOVERY, INC.,
d/b/a/   ULTRACHEK, INC.,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

   IT IS HEREBY ORDERED that the Order of Reference to Magistrate Judge, entered by Senior Judge Richard P. Matsch on August 3, 2011, is VACATED.

   Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Kathleen M. Tafoya is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

   DATED THIS 30th DAY OF NOVEMBER, 2011.

                              BY THE COURT:

                              s/Michael J. Watanabe

                              MICHAEL J. WATANABE
                              United States Magistrate Judge