**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  11-cv-01996-MJW-KMT        FTR - Courtroom A-502

**Date:**  March 05, 2012                         Courtroom Deputy, Ellen E. Miller

   *Parties*                                      *Counsel*

BRYAN MURPHY, and
THERESA MURPHY,                                   Craig J. Ehrlich

   Plaintiff(s),

v.

APOLLO CREDIT AGENCY, INC.,                       Stefania C. Scott
d/b/a Western Recovery, Inc.,
d/b/a Ultrachk, Inc.,

   Defendant(s).

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   9:00 a.m.
Court calls case. Appearances of counsel.

Discussion is held regarding the status of the case, following the filing of a Notice of Settlement [Docket No. 33, Filed February 16, 2012]. Both sides represent to the Court that all claims and counter-claims have been resolved.

**It is ORDERED:**    **On or before MARCH 16, 2012,** parties shall file their stipulated motion to dismiss this case in its entirety or show cause why it should not be dismissed.

**It is ORDERED:**    Plaintiff's MOTION FOR LEAVE TO AMEND COMPLAINT [Docket No. **32**, Filed February 06, 2012] is **DENIED AS MOOT.**

**It is ORDERED:**    The FINAL PRETRIAL CONFERENCE set JUNE 07, 2012 at 9:00 a.m. is VACATED, as are the associated deadlines.

HEARING CONCLUDES.    **Court in recess:**  9:33 a.m. Total In-Court Time:  00:03

To order a transcript of this proceedings, contact Avery Wood Reports  (303) 825-6119  or   Toll Free   1-800-962-3345.