**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  11-cv-01996-MJW-KMT | FTR - Courtroom A-502 |
| **Date:**  March 05, 2012 | Courtroom Deputy, Ellen E. Miller |

| _Parties_ | _Counsel_ |
|---|---|
| BRYAN MURPHY, and  THERESA MURPHY, | Craig J. Ehrlich |
|     Plaintiff(s), | |
| v. | |
| APOLLO CREDIT AGENCY, INC.,  d/b/a Western Recovery, Inc.,  d/b/a Ultrachk, Inc., | Stefania C. Scott |
|     Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   9:00 a.m.
Court calls case.  Appearances of counsel.

Discussion is held regarding the status of the case, following the filing of a Notice of Settlement [Docket No. 33, Filed February 16, 2012]. Both sides represent to the Court that all claims and counter-claims have been resolved.

**It is ORDERED:**   **On or before MARCH 16, 2012,** parties shall file their stipulated motion to dismiss this case in its entirety or show cause why it should not be dismissed.

**It is ORDERED:**   Plaintiff's MOTION FOR LEAVE TO AMEND COMPLAINT [Docket No. **32**, Filed February 06, 2012] is **DENIED AS MOOT.**

**It is ORDERED:**   The FINAL PRETRIAL CONFERENCE set JUNE 07, 2012 at 9:00 a.m. is VACATED, as are the associated deadlines.

HEARING CONCLUDES.   **Court in recess:**  9:33 a.m.  Total In-Court Time:  00:03

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.