IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01996-MJW-KMT

BRYAN MURPHY, and
THERESA MURPHY,

Plaintiff(s),

v.

APOLLO CREDIT AGENCY, INC.,
d/b/a   WESTERN RECOVERY, INC.,
d/b/a/   ULTRACHEK, INC.,

Defendant(s).

ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulation for Dismissal with Prejudice (docket no. 37), is GRANTED, and this case is dismissed with prejudice, each party to pay their own attorney fees and costs.

SIGNED AND DATED THIS 15TH DAY OF MARCH, 2012

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
US Magistrate Judge